1036

No. 98–1618. PATRIOT PORTFOLIO, LLC *v.* WEINSTEIN ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–1620. IN RE MORRISSEY. C. A. 4th Cir. Certiorari denied.

No. 98–1635. HAYDEN *v.* CONSOLIDATED RAIL CORPORATION. C. A. 6th Cir. Certiorari denied.

No. 98–1653. TOUGH TRAVELER, LTD. *v.* OUTBOUND PRODUCTS ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1675. PANAYOTIDES *v.* PANAYOTIDES. Super. Ct. Pa. Certiorari denied.

No. 98–1680. SKURNICK *v.* RAAKE. C. A. 11th Cir. Certiorari denied.

No. 98–1703. BRAZELL *v.* SAVANNAH ELECTRIC & POWER CO. C. A. 11th Cir. Certiorari denied.

No. 98–1704. AMERICAN AIRLINES, INC. *v.* TICE ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–1708. GASTINEAU *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., Ventura County. Certiorari denied.

No. 98–1709. HEYWARD *v.* MONROE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DISTRICT DIRECTOR OF HEALTH EDUCATION FOR THE SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–1714. FULL GOSPEL TABERNACLE ET AL. *v.* COMMUNITY SCHOOL DISTRICT 27 ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1719. THOMSON, S. A. *v.* QUIXOTE CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 98–1721. COURTWAY ET AL. *v.* CARNAHAN, GOVERNOR OF MISSOURI, ET AL. Ct. App. Mo., Western Dist. Certiorari denied.